

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2014

No. 04-14-00397-CV

**IN THE INTEREST OF S.D.A., S.A.A., D.S.A.,** Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013EM506191
Honorable Eric Rodriguez, Judge Presiding

## O R D E R

Because appellant had not paid the filing fee for this appeal, appellant was ordered to file written proof in this court that either (1) the filing fee had been paid; or (2) appellant is entitled to appeal without paying the filing fee. Appellant responded by filing an affidavit of indigence.

A party who cannot pay the costs of an appeal must file an affidavit of indigence "in the trial court with or before the notice of appeal." TEX. R. APP. P. 20.1(c)(1). It does not appear that appellant timely filed an affidavit of indigence with the trial court; however, an untimely, uncontested affidavit of indigence can be "adequate to fulfill the fundamental purpose of Rule 20.1." *Higgins v. Randall County Sheriff's Office*, 257 S.W.3d 684, 688 (Tex. 2008).

The trial court clerk, court reporter, or any party can file a contest to the affidavit with this court in accordance with Rule 20.1(e) within ten days from the date of this order. *See* TEX. R. APP. P. 20.1(e). If no contest is filed, the affidavit's allegations will be deemed true. *See* TEX. R. APP. P. 20.1(f). If a contest is timely filed, this court will issue an appropriate order.

The clerk of this court is ORDERED to send a copy of this order and a copy of the appellant's response to our prior order to the parties, the trial court clerk, the court reporter, and the trial court judge. *See* TEX. R. APP. P. 20.1(d)(2).

_____
Rebeca c. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court